*E-Filed 10/16/12*

**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

DAVID CHANCE,

    Plaintiff,

    v.

MATTHEW L. CATE, et al.,

    Defendants.

_____/

No. C 11-4279 RS (PR)

**ORDER DISMISSING COMPLAINT WITH LEAVE TO AMEND**

    This is a federal civil rights action. Defendants have filed a motion to dismiss (Docket No. 47) in which they have shown that plaintiff's claims involve six different factual situations occurring over three years and involving 26 defendants, in violation of Federal Rules of Civil Procedure 18 and 20. Accordingly, defendants' motion to dismiss the complaint is GRANTED to bring the action in conformity with these rules.

    The complaint is DISMISSED with leave to file an amended complaint within 30 days. Plaintiff shall include in his amended complaint **only** those claims relating to the June 6, 2007 stoppage of incoming mail from his father. Claims not related to this alleged incident will be stricken. If plaintiff wishes to pursue relief regarding his other claims, he

must file separate civil rights actions.

Plaintiff shall file an amended complaint within 30 days from the date this order is filed. The first amended complaint must include the caption and civil case number used in this order (11-4279 RS (PR)) and the words FIRST AMENDED COMPLAINT on the first page. Because an amended complaint completely replaces the previous complaints, plaintiff must include in his first amended complaint all the claims he wishes to present and all of the defendants he wishes to sue. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992). Here, however, plaintiff is limited to claims and defendants related to the June 6, 2007 stoppage. Plaintiff may not incorporate material from the prior complaint by reference. Failure to file an amended complaint in accordance with this order will result in dismissal of this action without further notice to plaintiff.

It is plaintiff's responsibility to prosecute this case. Plaintiff must keep the Court informed of any change of address by filing a separate paper with the clerk headed "Notice of Change of Address." He must comply with the Court's orders in a timely fashion or ask for an extension of time to do so. Failure to comply may result in the dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b). The Clerk shall terminate Docket No. 47.

**IT IS SO ORDERED**.

DATED: October 16, 2012

RICHARD SEEBORG
United States District Judge