1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

*E-Filed 11/15/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

DAVID CHANCE,                                  No. C 11-4279 RS (PR)

        Plaintiff,                          **ORDER EXTENDING TIME**

     v.

MATTHEW L. CATE, et al.,

        Defendants.

_____/

     Plaintiff's motion to extend time to file a first amended complaint (Docket No. 59) is

GRANTED.  **He shall file such complaint on or before January 20, 2013.  No further**

**extensions of time will be granted.**  Failure to file by January 20, 2013 will result in the

dismissal of the action with prejudice for failure to prosecute.  This order terminates Docket

No. 59.

     **IT IS SO ORDERED**.

DATED:  November 15, 2012

_____
RICHARD SEEBORG
United States District Judge