*E-Filed 11/15/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID CHANCE, | No. C 11-4279 RS (PR) |
| Plaintiff, | **ORDER EXTENDING TIME** |
| v. | |
| MATTHEW L. CATE, et al., | |
| Defendants. | |

Plaintiff's motion to extend time to file a first amended complaint (Docket No. 59) is GRANTED.  **He shall file such complaint on or before January 20, 2013.  No further extensions of time will be granted.**  Failure to file by January 20, 2013 will result in the dismissal of the action with prejudice for failure to prosecute.  This order terminates Docket No. 59.

**IT IS SO ORDERED**.

DATED: November 15, 2012

_____
RICHARD SEEBORG
United States District Judge