*E-Filed 10/1/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID CHANCE, | No. C 11-4279 RS (PR) |
| Plaintiff, | **ORDER RE: SERVICE OF SUMMONS** |
| v. | |
| MATTHEW L. CATE, et al., | |
| Defendants. | |

The U.S. Marshal has informed the Court that defendants W.V. Anthony, K. Brandon, and K. McGuyer are no longer employed at Pelican Bay State Prison. Pursuant to the Marshal's request (Docket No. 78), this Court requests that the California Department of Corrections and Rehabilitation provide to the Marshal the last known addresses of the above-listed defendants so that service of process may be accomplished. The Marshal shall keep such information confidential and not include it on the Return of Service. Once in possession of the last known addresses, the Marshal shall reattempt service.

**IT IS SO ORDERED**.

DATED: October 1, 2013

RICHARD SEEBORG
United States District Judge

No. C 11-4279 RS (PR)
ORDER