*E-Filed 10/31/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

DAVID CHANCE,                      No. C 11-4279 RS (PR)

    Plaintiff,                  **ORDER EXTENDING TIME**

   v.

MATTHEW L. CATE, et al.,

    Defendants.

                                 /

    Defendants' motion to extend time to file a dispositive motion (Docket No. 82) is GRANTED. Such dispositive motion shall be filed on or before January 10, 2014. This order terminates Docket No. 82.

    **IT IS SO ORDERED**.

DATED: October 31, 2013

                                     RICHARD SEEBORG
                                     United States District Judge

**United States District Court**
For the Northern District of California