\*E-Filed 10/31/13\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID CHANCE, | No. C 11-4279 RS (PR) |
| Plaintiff, | **ORDER EXTENDING TIME** |
| v. | |
| MATTHEW L. CATE, et al., | |
| Defendants. | |

Defendants' motion to extend time to file a dispositive motion (Docket No. 82) is GRANTED. Such dispositive motion shall be filed on or before January 10, 2014. This order terminates Docket No. 82.

**IT IS SO ORDERED**.

DATED: October 31, 2013

RICHARD SEEBORG
United States District Judge